| | |
|---|---|
| 1 | Natalie C. Lehman, Esq. |
| 2 | Nevada Bar No. 12995<br>FIDELITY NATIONAL LAW GROUP |
| 3 | 8363 W. Sunset Road Ste. 120<br>Las Vegas, Nevada 89113 |
| 4 | Tel: (702) 667-3000<br>Fax: (702) 938-8721 |
| 5 | Email: Natalie.Lehman@fnf.com<br>*Attorneys for Defendant Chicago Title* |
| 6 | *of Nevada, Inc.* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC, a foreign limited liability company,<br><br>Plaintiffs,<br>vs.<br>CHICAGO TITLE COMPANY OF NEVADA, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:19-cv-02065-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant, Chicago Title of Nevada, Inc. ("Defendant") by and through its counsel of record, Natalie C. Lehman, Esq. of Fidelity National Law Group, and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on February 11, 2020), from March 3, 2020 to March 13, 2020.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

/ / /

/ / /

The parties request this extension to enable Defendant sufficient time to obtain pertinent records regarding the subject transaction (involving multiple parcels of land) so that it can adequately investigate the claims alleged against in order to respond to the Complaint and/or have an informed discussion regarding the possibility of resolution with Plaintiffs.

DATED this 24th day of February, 2020.

| FIDELITY NATIONAL LAW GROUP | CALLISTER LAW GROUP |
|---|---|
| /s/ Natalie C. Lehman | /s/ Mitchell S. Bisson |
| NATALIE C. LEHMAN, ESQ. | MITCHELL S. BISSON, ESQ. |
| Nevada Bar No. 12995 | Nevada Bar No. 11920 |
| 8363 W. Sunset Road, Suite 120 | 330 E. Charleston Blvd., Suite 100 |
| Las Vegas, Nevada 89113 | Las Vegas, Nevada 89104 |
| Tel: (702) 667-3000 | Tel: (702)385-3343 |
| Natalie.Lehman@fnf.com | mbisson@callcallister.com |
| *Attorneys for Defendant, Chicago Title of Nevada, Inc.* | *Attorney for Plaintiffs* |

## ORDER

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 25th day of February, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No.** 2:19-cv-02065-RFB-EJY