Natalie C. Lehman, Esq.
Nevada Bar No. 12995
FIDELITY NATIONAL LAW GROUP
8363 W. Sunset Road Ste. 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com
*Attorneys for Defendant Chicago Title
of Nevada, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporation; HILLCREST PROJECTS, LLC, a foreign limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>CHICAGO TITLE COMPANY OF NEVADA, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:19-cv-02065-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(Second Request)** |

Defendant, Chicago Title of Nevada, Inc. ("Defendant") by and through its counsel of record, Natalie C. Lehman, Esq. of Fidelity National Law Group, and Plaintiffs, Hillcrest Investments, Ltd. and Hillcrest Projects, LLC ("Plaintiffs), by and through their counsel of record, Mitchell S. Bisson, Esq., hereby jointly submit this second stipulation and order to extend Defendant's deadline to file its response to the Complaint (ECF No. 1, served on February 11, 2020), from March 13, 2020 to April 13, 2020.

/ / /

/ / /

The parties requested the prior extension to enable Defendant sufficient time to obtain pertinent records regarding the subject transaction (involving multiple parcels of land) so that it could adequately investigate the claims alleged against in order to respond to the Complaint and/or have an informed discussion regarding the possibility of resolution with Plaintiffs. Since then, the parties have conferred, exchanged information, and are attempting to clarify and/or resolve the matter upon further investigation by both Plaintiffs and Defendant.

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 11th day of March, 2020.

| FIDELITY NATIONAL LAW GROUP | CALLISTER LAW GROUP |
|---|---|
| */s/ Natalie C. Lehman* | */s/ Mitchell S. Bisson* |
| NATALIE C. LEHMAN, ESQ. | MITCHELL S. BISSON, ESQ. |
| Nevada Bar No. 12995 | Nevada Bar No. 11920 |
| 8363 W. Sunset Road, Suite 120 | 330 E. Charleston Blvd., Suite 100 |
| Las Vegas, Nevada 89113 | Las Vegas, Nevada 89104 |
| Tel: (702) 667-3000 | Tel: (702)385-3343 |
| Natalie.Lehman@fnf.com | mbisson@callcallister.com |
| *Attorneys for Defendant, Chicago Title of Nevada, Inc.* | *Attorney for Plaintiffs* |

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED.**

Dated this 12th day of March, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**
**Case No.** 2:19-cv-02065-RFB-EJY

**Fidelity National Law Group**
8363 W. Sunset Road, Ste. 120
Las Vegas, Nevada 89113
(702) 667-3000