1  **MITCHELL S. BISSON, ESQ.**
   Nevada Bar No. 11920
2  **911 LAW GROUP**
   911 N. Buffalo Drive, Suite 201
3  Las Vegas, Nevada 89128
   Telephone:  702-385-3343
4  Facsimile:    702-385-2899
   mbisson@callcallister.com
5  *Attorneys for Plaintiffs*

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9  HILLCREST INVESTMENTS, LTD., a foreign
   corporate; HILLCREST PROJECTS, LLC, a
10 foreign limited liability company,
                                                    CASE NO.: 2:19-cv-02065-RFB-EJY
11         Plaintiff,

12 v.
                                                    **STIPULATION AND ORDER
13 CHICAGO TITLE COMPANY OF NEVADA,                 EXTENDING TIME FOR
   INC., a Nevada Corporation,                      DEFENDANT TO RESPOND TO
14                                                  THE MOTION FOR SUMMARY
           Defendant.                               JUDGMENT (ECF No. 22) AND FOR
15                                                  DEFENDANT TO FILE ITS REPLY
                                                    [First Request]**

16         Plaintiffs HILLCREST INVESTMENTS, LTD. and HILLCREST PROJECTS, LLC, by

17 and through their counsel of record, Mitchell S. Bisson, Esq., of the 911 Law Group, and Defendant

18 CHICAGO TITLE OF NEVADA, INC., by and through its counsel of record, Natalie C. Lehman,

19 Esq. of Fidelity National Law Group, hereby jointly submit this stipulation and order to extend

20 Plaintiffs' deadline to file their response to Defendant's Motion for Summary Judgment [ECF No.

21 22] from December 2, 2020 to **December 11, 2020** and to also extend Defendant's deadline to file

22 its Reply in Support of its' Motion for Summary Judgment to **January 6, 2021**.

23                              [Continued on next page]

1

This is the parties' first request for an extension of these deadlines. This request is made in good faith and is not intended to cause any delay or prejudice to any party. The parties request these extensions regarding Defendant's Motion for Summary Judgment to accommodate counsels' schedules concerning the autumn and winter holidays.

Respectfully submitted this 30th day of November, 2020.

| 911 LAW GROUP | FIDELITY NATIONAL LAW GROUP |
|---|---|
| */s/ Mitchell S. Bisson, Esq.* <br> MITCHELL S. BISSON, ESQ. <br> NV Bar No. 11920 <br> 911 N. Buffalo Dr., Ste. 201 <br> Las Vegas, Nevada 89145 <br> (702) 333-3334 <br> *Attorneys for Plaintiff* | */s/ Natalie C. Lehman, Esq.* <br> NATALIE C. LEHMAN, ESQ. <br> NV Bar No. 12995 <br> 8363 W. Sunset Rd., Ste. 120 <br> Las Vegas, NV 89113 <br> (702) 667-3000 <br> *Attorneys for Defendant* |

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2020.