| | |
|---|---|
| 1 | **NATALIE C. LEHMAN, ESQ.** |
| | Nevada Bar No. 12995 |
| 2 | **FIDELITY NATIONAL LAW GROUP** |
| | 8363 W. Sunset Road Ste. 120 |
| 3 | Las Vegas, Nevada 89113 |
| | Tel:  (702) 667-3000 |
| 4 | Fax: (702) 938-8721 |
| | Email: Natalie.Lehman@fnf.com |
| 5 | *Attorneys for Defendant Chicago Title* |
| | *of Nevada, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HILLCREST INVESTMENTS, LTD., a foreign corporate; HILLCREST PROJECTS, LLC, a foreign limited liability company, | | |
| Plaintiff, | | CASE NO.: 2:19-cv-02065-RFB-EJY |
| v. | | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO AMEND PLAINTIFFS' COMPLAINT (ECF NO. 31)** |
| CHICAGO TITLE COMPANY OF NEVADA, INC., a Nevada Corporation, | | |
| Defendant. | | **[First Request]** |

Plaintiffs HILLCREST INVESTMENTS, LTD. and HILLCREST PROJECTS, LLC, by and through their counsel of record, Mitchell S. Bisson, Esq., of the Law Offices of Mitchell S. Bisson, and Defendant CHICAGO TITLE OF NEVADA, INC., by and through its counsel of record, Natalie C. Lehman, Esq. of Fidelity National Law Group, hereby jointly submit this stipulation and order to extend Defendant's deadline to file its response to Plaintiffs' Motion to Amend Plaintiffs' Complaint [ECF No. 31] from **August 23, 2021** to **September 10, 2021**.

[Continued on next page]

This is the parties' first request for an extension of these deadlines. This request is made in good faith and is not intended to cause any delay or prejudice to any party. The parties request this extension regarding Plaintiffs' Motion to Amend Plaintiffs' Complaint to accommodate an upcoming change of counsel for Defendant. The undersigned counsel for Defendant will be leaving the firm as of August 13, 2021, and her replacement will not be onboarded until early September. Fidelity National Law Group's Las Vegas office is ordinarily a two-attorney office and will be reduced to a single attorney during the next few weeks.

Respectfully submitted this 10th day of August, 2021.

| | |
|---|---|
| **LAW OFFICES OF**<br>**MITCHELL S. BISSON** | **FIDELITY NATIONAL LAW GROUP** |
| */s/ Mitchell S. Bisson, Esq.*<br>MITCHELL S. BISSON, ESQ.<br>NV Bar No. 11920<br>911 N. Buffalo Dr., Ste. 201<br>Las Vegas, Nevada 89145<br>(702) 602-4990<br>*Attorneys for Plaintiff* | */s/ Natalie C. Lehman, Esq.*<br>NATALIE C. LEHMAN, ESQ.<br>NV Bar No. 12995<br>8363 W. Sunset Rd., Ste. 120<br>Las Vegas, NV 89113<br>(702) 667-3000<br>*Attorneys for Defendant* |

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: August 10, 2021